UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **SHANNON M. JOHNSON** | * | **CIVIL ACTION NO. 15-1078** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **BERRY PLASTICS CORP.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 5] filed by Defendant Berry Plastics Corporation is hereby DENIED.

MONROE, LOUISIANA, this 22nd day of September, 2015.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**